IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELEANOR VAUGHN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:20-CV-01000-MAB |
| TJX COMPANIES, INC. D/B/A/ MARSHALLS, | ) ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on July 13, 2021 (Doc. 32) and the Court's Order reflecting this Stipulation of Dismissal (Doc. 33), this cause of action is voluntarily DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: July 15, 2021

**MARGARET M. ROBERTIE,**
**Clerk of Court**

BY: _/s/ Jennifer Jones_
**Deputy Clerk**

APPROVED: _/s/ Mark A. Beatty_
**MARK A. BEATTY**
**United States Magistrate Judge**